**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

RICHARD ANDERSON,  :
                        : Civil Action No. 10-3933 (RBK)
      Petitioner,  :
                        :
      v.       :  **ORDER**
                        :
PAUL SCHULTZ,   :
                        :
      Respondent.  :  **CLOSED**

For the reasons set forth in the Opinion filed herewith, IT IS, on this ___12th___ day of ___May___, 2009,

ORDERED that the Petition is DISMISSED WITH PREJUDICE for failure to exhaust administrative remedies; and it is further

ORDERED that, in the alternative, the Petition is DENIED on the merits; and it is further

ORDERED that the Clerk shall close the Court's file in this matter.

                                          s/Robert B. Kugler
                                          Robert B. Kugler
                                          United States District Judge